

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00833-CR

Terrell Anthony **CHASE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6099C
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: October 25, 2023

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on Terrell Anthony Chase on July 18, 2023. Because Chase did not file a motion for new trial, the deadline for filing a notice of appeal was August 17, 2023, and the deadline for filing a motion for extension of time to file a notice of appeal was September 1, 2023. *See* TEX. R. APP. P. 26.2(a), 26.3. Chase did not file a notice of appeal until August 24, 2023, and he did not file a motion for extension of time.

When an appellant files a notice of appeal late and fails to timely file a motion for extension of time, the appellate court lacks jurisdiction over the appeal. *Olivo v. State*, 918 S.W.2d 519, 523

(Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). In this case, Chase filed his notice of appeal late, and he failed to timely file a motion for extension of time. We ordered Chase to show cause why this appeal should not be dismissed for lack of jurisdiction. Chase did not file a response. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH